OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 25, 2006

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Patricia Smink Rogowski, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899

RE:  Enzo Biochem Inc. v. Calgene Inc.
     Civil Action No. 93-110 JJF

Dear Counsel:

The Clerks Office is returning and/ or disposing of exhibits located in its storage are, in accordance with the Court's Local Rule 79.1(b)(2). We presently possess exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

Please advise me no later than February 8, 2006 whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

*Anita Bolton* (signature)
Anita Bolton
Courtroom Deputy  3/14/06

pltf. _[signature]_ date _____
deft. _[signature]_ (PMRCCB) date 1/26/06